UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                             :    22-CV-2556 (JMF)
IN RE:                                                  :    22-CV-2608 (JMF)
                                                             :    22-CV-2635 (JMF)
LATAM AIRLINES GROUP S.A.                    :
                                                             :        ORDER
------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that counsel for the parties in the above-captioned actions shall confer as to whether these actions should be consolidated pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure or otherwise coordinated.  No later than **April 18, 2022**, counsel shall submit a joint letter, to be filed on the docket in all three cases, indicating their positions regarding such consolidation or coordination.  Appellants in each case shall serve a copy of this Order on all other parties and file proof of such service by **April 8, 2022**.

       SO ORDERED.

Dated: April 4, 2022
       New York, New York                                     _____
                                                                    JESSE M. FURMAN
                                                                United States District Judge