UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:    22-CV-2556 (JMF)
IN RE:                                                             :    22-CV-3182 (JMF)
:
LATAM AIRLINES GROUP S.A.                                          :    <u>ORDER</u>
:
------------------------------------------------------------------ X

JESSE M. FURMAN, United States District Judge:

  In light of the fact that the above-captioned actions involve common questions of law and fact, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, case number 22-CV-3182 is hereby consolidated under case number 22-CV-2556.

  The Court's April 11, 2022 Order issued in case number 22-CV-2556 regarding the briefing schedule and structure for the merits and the pending motion to dismiss, *see* No. 22-CV-2556, ECF No. 25, shall apply to the parties in 22-CV-3182.

  The Clerk of Court is directed to consolidate case number 22-CV-3182 under case number 22-CV-2556 and to close case number 22-CV-3182.

  SO ORDERED.

Dated: April 19, 2022
   New York, New York
                  _____
                    JESSE M. FURMAN
                  United States District Judge