UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

The Official Committee of Unsecured
Creditors of LATAM Airlines Group, S.A.;
Ad Hoc Group of Unsecured Claimants;
Banco Estado de Chile, in its capacity as
indenture trustee under the Chilean Local
Bonds Series A through D and Series E issued
by LATAM Airlines Group S.A.; Columbus
Hill Capital Management, L.P.,

     *Appellants*,

 -against-

LATAM Airlines Group S.A., *et al*.

     *Appellees*.

Case No. 22-CV-2556 (JMF)

Hon. Jesse M. Furman

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 37.*

*SO ORDERED.*

*[signature]*

*April 28, 2022*

---

**CORRECTED UNOPPOSED MOTION TO ALLOW BACKSTOP CREDITORS AND BACKSTOP SHAREHOLDERS TO INTERVENE IN CONSOLIDATED APPEALS**

Proposed intervenors the Parent Ad Hoc Claimant Group, Delta Air Lines, Inc., Costa Verde Aeronautica S.A., and Qatar Airways Investments (UK) Ltd. (together, the "Proposed Intervenors") respectfully move the Court to permit the Proposed Intervenors to intervene in the above-captioned appeal pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure.

**WHEREAS** on January 12, 2022, the Appellees LATAM Airlines Group S.A. and certain of its affiliated debtors (together, the "Appellees" or the "Debtors")[1] entered into a

---

[1] The Appellees in this case are: LATAM Airlines Group S.A., Lan Cargo S.A.,Transporte Aereo S.A., Inversiones Lan S.A., Technical Training LATAM S.A., LATAM Travel Chile II S.A., Lan Pax Group S.A., Fast Air Almacenes De Carga S.A., Linea Aerea Carguera De Colombia SA, Aerovias De Integracion Regional S.A., LATAM Finance LTD, LATAM Airlines Ecuador S.A., Professional Airline Cargo Services, LLC, Cargo Handling Airport Services, LLC, Maintenance Service Experts, LLC, Lan Cargo Repair Station LLC, Prime Airport Services Inc., Professional Airline Maintenance Services, LLC, Connecta Corporation, Peuco Finance Ltd., Latam Airlines

Backstop Commitment Agreement[2] with members of the Parent Ad Hoc Claimant Group (the "Backstop Creditors Backstop Agreement") [Dkt. No. 20-11254-jlg, Doc. No. 4056-1];

**WHEREAS** on January 12, 2022, the Debtors entered into a Backstop Commitment Agreement with Delta Air Lines, Inc., Costa Verde Aeronáutica S.A., and Qatar Airways Investments (UK) Ltd. (the "Backstop Shareholders Backstop Agreement, and together with the Backstop Creditor Backstop Agreement, the "Backstop Agreements") [Dkt. No. 20-11254-jlg, Doc. No. 4056-1];

**WHEREAS**, on January 12, 2022, the Debtors filed a Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Entry Into and Performance Under Backstop Agreements and (B) Payment of Related Fees and Expenses and Incurrence of Certain Indemnification Obligations, and (II) Granting Related Relief (the "Backstop Motion") [Dkt. No. 20-11254-jlg, Doc. No. 4056];

**WHEREAS** on January 26, 2022, Columbus Hill Capital Management, L.P. filed an objection to the Backstop Motion [Dkt. No. 20-11254-jlg, Doc. No. 4184];

**WHEREAS** on February 3, 2022, the Official Committee of Unsecured Creditors, the Ad Hoc Group of Unsecured Claimants, and Banco del Estado de Chile each filed an objection to the Backstop Motion [Dkt. No. 20-11254-jlg, Doc. Nos. 4289, 4291, 4293];

**WHEREAS** on February 7, 2022, the Proposed Intervenors each filed statements in support of the Backstop Motion [Dkt. No. 20-11254-jlg, Doc. Nos. 4308, 4309, 4310, 4312];

---

Peru S.A., Inversiones Aereas S.A., Holdco Colombia II Spa, Holdco Colombia I Spa, Holdco Ecuador S.A., Lan Cargo Inversiones S.A., Lan Cargo Overseas Ltd, Mas Investment Ltd., Professional Airline Services Inc., TAM S.A., TAM Linhas Aereas S.A., Aerolinhas Brasileiras S.A., Prismah Fidelidade Ltda., Fidelidade Viagens E Turismo S.A., TP Franchising Ltda., Holdco I S.A., Multiplus Corredora De Seguros Ltda., and Piquero Leasing Limited.

[2] All terms not defined herein shall have the meaning assigned to them in the Backstop Order (as defined herein).

**WHEREAS** on February 10 and 11, 2022, the Bankruptcy Court held an evidentiary hearing on the Backstop Motion (the "Backstop Hearing");

**WHEREAS** on March 15, 2022, the Bankruptcy Court entered a memorandum decision approving the Backstop Motion [Dkt. No. 20-11254-jlg, Doc. No. 4667], and on March 22, 2022, the Bankruptcy Court entered an order approving the Backstop Motion [Dkt. No. 20-11254-jlg, Doc. No 4732] (the "Backstop Order");

**WHEREAS** on March 24, 2022, the Official Committee of Unsecured Creditors filed a notice of appeal of the Backstop Order [Dkt. No. 20-11254-jlg, Doc. No. 4751];

**WHEREAS** on March 25, 2022, Banco del Estado de Chile filed a notice of appeal of the Backstop Order [Dkt. No. 20-11254-jlg, Doc. No. 4763]

**WHEREAS** on March 25, 2022, the Ad Hoc Group of Unsecured Claimants filed a notice of appeal of the Backstop Order [Dkt. No. 20-11254-jlg, Doc. No. 4773];

**WHEREAS** on April 5, 2022, Columbus Hill Capital Management, L.P. filed a notice of appeal of the Backstop Order [Dkt. No. 20-11254-jlg, Doc. No. 4924];

**WHEREAS**, on April 6, 2022, this Court entered an order consolidating the appeals [ECF No. 8];

**WHEREAS**, on April 11, 2022, this Court entered an order (ECF No. 25) directing Appellants the Official Committee of Unsecured Creditors; Banco del Estado de Chile; the Ad Hoc Group of Unsecured Claimants; and Columbus Hill Capital Management, L.P. (together, the "Appellants") to file a consolidated opening brief no later than May 2, 2022; Appellees to file any opposition no later than May 23, 2022; and Appellants to file their consolidated reply no later than May 30, 2022; further ordering Appellants to file consolidated briefs on the merits on behalf of all Appellants; and permitting any Appellant seeking to make any unique arguments

not covered in the consolidated briefs to separately file a supplemental brief, limited to such arguments, not to exceed five pages;

**WHEREAS** the Proposed Intervenors are interested in their capacities as counterparties to the respective Backstop Agreements and as signatories to a Restructuring Support Agreement with the Debtors; the Proposed Intervenors played roles in the proceedings below, including through filing statements in support of the Backstop Motion and participating at the Backstop Hearing; the Proposed Intervenors are timely intervening consistent with Rule 8013 of the Federal Rules of Bankruptcy Procedure; and in light of their role in the proceedings below and as counterparties to the respective Backstop Agreements, believe that their participation as intervenors is more appropriate than seeking leave to file briefs as *amici curiae*;

**WHEREAS** the Proposed Intervenors have discussed their intent to seek to intervene in these appeals with the Appellees and the Appellants, who do not object to the Proposed Intervenors' motion to intervene on the terms set forth herein in the above-captioned consolidated appeal.

**NOW THEREFORE,** for good cause shown, Proposed Inventors respectfully request that the Court enter an order:

1. permitting the Proposed Intervenors to intervene in the above-captioned consolidated appeal;

2. directing that, consistent with the Court's order dated April 11, 2022, the Appellees and Intervenors file a single consolidated brief on the merits on behalf of Appellees and Proposed Intervenors;

3. permitting the Proposed Intervenors to file a supplemental brief, not to exceed five pages, concerning any unique arguments not covered in the consolidated brief; and

4. permitting Appellants to file a supplemental reply brief, not to exceed three pages, concerning any supplement brief filed by the Proposed Intervenors.

Dated: New York, New York
April 27, 2022

| | |
|---|---|
| **ALSTON & BIRD LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| By: /s/ James J. Vincequerra | By: /s/ David E. Blabey, Jr. |
| Gerard S. Catalanello<br>James J. Vincequerra<br>90 Park Avenue<br>New York, New York 10016 | Kenneth H. Eckstein<br>Rachael L. Ringer<br>David E. Blabey, Jr.<br>Douglas Buckley<br>1177 Avenue of the Americas<br>New York, New York 10036 |
| *Counsel for Qatar Airways Investments (UK) LLP* | *Counsel to the Parent Ad Hoc Claimant Group* |
| **DAVIS POLK & WARDWELL LLP** | **WACHTELL, LIPTON, ROSEN & KATZ** |
| By: /s/ Lara Samet Buchwald<br>Marshall S. Huebner<br>Lara Samet Buchwald<br>Adam L. Shpeen<br>450 Lexington Avenue<br>New York, New York 10017 | By: /s/ Richard G. Mason<br>Richard G. Mason<br>John R. Sobolewski<br>Angela K. Herring<br>51 West 52nd Street<br>New York, New York 10019 |
| *Counsel for Delta Air Lines, Inc.* | *Counsel for Costa Verde Aeronáutica S.A.* |